No. 16–0731/AR. U.S. v. Austin L. Hendrix. CCA 20140476. Appellant's motion to extend time to file a brief granted to January 26, 2017.

No. 17–0079/AF. United States, Appellant/Cross–Appellee v. Patrick Carter, Appellee/Cross–Appellant. CCA 38708. Appellee/Cross–Appellant's motion to dismiss the certificate for grant of review is denied.

No. 17–0138/AF. U.S. v. Jason K. Slape. CCA 38801. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 9, 2017.

No. 17–0139/AR. United States, Cross–Appellant/Appellee v. Justin M. Gurczyski, Cross–Appellee/Appellant. CCA 20160402. Cross–Appellee/Appellant's motion to extend time to file a brief granted to January 18, 2017.

No. 17–0142/AR. U.S. v. Antione D. Williams. CCA 20130446. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 11, 2017.

No. 17–0143/CG. U.S. v. Ernest M. Ramos. CCA 1418. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 11, 2017.

No. 17–0148/AF. U.S. v. Stephen H. Claxton. CCA 38188. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 11, 2017.

Tuesday, December 27, 2016

No. 16–0616/AF. U.S. v. Kelvin L. O'Shaughnessy. CCA 38732. On further consideration of the granted issue (Daily Journal Nov. 29, 2016), the facts that the United States Air Force Court of Criminal Appeals issued its judgment in Appellant's case on May 5, 2016, and Colonel Martin T. Mitchell was appointed by the President to the United States Court of Military Commission Review on May 25, 2016, and in light of *United States v. Dalmazzi*, 76 M.J. 1 (C.A.A.F.2016), it is ordered that the order of November 29, 2016, granting review is hereby vacated, and Appellant's petition for grant of review is denied.

No. 16–0617/AF. U.S. v. Joseph D. Morchinek. CCA S32291. On further consideration of the granted issue (Daily Journal Oct. 18, 2016), the facts that the United States Air Force Court of Criminal Appeals issued its judgment in Appellant's case on May 9, 2016, and Colonel Martin T. Mitchell was appointed by the President to the United States Court of Military Commission Review on May 25, 2016, and in light of *United States v. Dalmazzi*, 76 M.J. 1 (C.A.A.F.2016), it is ordered that the order of October 18, 2016, granting review is hereby vacated, and Appellant's petition for grant of review is denied.

No. 16–0660/AF. U.S. v. Andre K. Lewis. CCA 38671. On further consideration of the granted issue (Daily Journal Dec. 19, 2016), the facts that the United States Air Force Court of Criminal Appeals issued its judgment in Appellant's case on May 17, 2016, and Colonel Martin T. Mitchell was appointed by the President to the United States Court of Military Commission Review on May 25, 2016, and in light of *United States v. Dalmazzi*, 76 M.J. 1 (C.A.A.F.2016), it is ordered that the order of December 19, 2016, granting review is hereby vacated, and Appellant's petition for grant of review is denied.

No. 16–0641/AR. U.S. v. Ian T. Miller. CCA 20150170. On further consideration of the granted issues (Daily Journal, Nov. 30, 2016), it does not appear there is adequate evidence in the record demonstrating that Judge Celtnieks was appointed to the United States Court of Military Commission Review and sworn as a judge of that court. Accordingly, it is ordered that within 10 days of the date of this Order, counsel for the parties shall file documentation with the Court relating to the appointment of Judge Celtnieks to the United States Court of Military Commission Review, and establishing the date when he took the oath of office to execute the appointment.

No. 16–0650/AR. U.S. v. Courtney A. Craig. CCA 20150272. On further consideration of the granted issues (Daily Journal, Oct. 20, 2016), it does not appear there is adequate evidence in the record demonstrating that Judge Herring and Judge Burton were appointed to the United States Court of Military Commission Review and sworn as judges of that court. Accordingly, it is ordered that within 10 days of the date of this Order, counsel for the parties shall file documentation with the Court relating to the appointments of Judges Herring and Burton to the United States Court of Military Commission Review, and establishing the date when they took the oath of office to execute the appointments.